ORIGINAL

FILED
SEP 30 2005
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **K-CON BUILDING SYSTEMS, INC.,** ) | |
| **Plaintiff,** ) | No.: 05-1054C |
| vs. ) | Judge:________________ |
| **UNITED STATES OF AMERICA, DEPARTMENT OF HOMELAND SECURITY, UNITED STATES COAST GUARD,** ) | |
| **Defendant** ) | |

**NOTICE OF DIRECTLY RELATED CASE**

**Directly Related Case:** K-Con Building Systems, Inc. vs. United States Case No. 05-914C (Judge Block).

This case and Case No. 05-914C involved the same parties, K-Con Building Systems, Inc. and the United States, United States Coast Guard. Both cases involved the same or similar claims in that both involved the assessment of liquidated damages by the government against K-Con in connection with a design/built contract for a metal building, one in Port Heron, Michigan and the other in St. Petersburg, Florida. The assignment of both cases to a single judge, including consolidation, will likely conserve judicial resources and promote an efficient determination of the actions.

Respectfully Submitted,

**PEDERSEN & SCOTT, P.C.**

William A. Scott
775 St. Andrews Blvd.
Charleston, South Carolina 29407
(843) 556-5656

ATTORNEY FOR THE DEFENDANT, K-CON BUILDING SYSTEMS, INC.

Dated this 27 day of September, 2005.