**K-CON BUILDING SYSTEMS, INC. v. UNITED STATES**
**U.S. COURT OF FEDERAL CLAIMS NO. 05-1054**

**PORT HURON DOCUMENTS - E-MAILS**
**PRIVILEGED DOCUMENTS LOG - AUGUST 21, 2007**

| DOC # | BATES NO. | DATE | TITLE/SUBJECT | FROM | TO | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|
| 1 | **CG-PH-2523 to CG-PH-2524** | 3-14-07 | Port Huron (Contract with KCON) | Donna Miller | Eric Hanson | Attorney Client |
| 2 | **CG-PH-2524** | 1-12-07 | K-Con v. US - Port Huron and St. Petersburg | Robert Chandler | Talbot Nicholas<br>Cathy Broussard | Attorney Client |
| 3 | **CG-PH-2524 to CG-PH-2525** | 1-12-07 | K-Con v. US - Port Huron and St. Petersburg | Robert Chandler | Talbot Nicholas<br>Cathy Broussard | Attorney Client |
| 4 | **CG-PH-2525 to CG-PH-2526** | 12-21-06 | K Con Final Decision | Cathy Broussard | Allen Lotz | Attorney Client |
| 5 | **CG-PH-2526** | 12-21-06 | FW: K Con Final Decisions Pt Huron | Cathy Broussard | Robert Chandler | Attorney Client |
| 6 | **CG-PH-2527** | 12-21-06 | K Con Final Decision | Cathy Broussard | Steven Allen<br>Eric Hanson | Attorney Client |
| 7 | **CG-PH-2528** | 8-9-06 | Discovery Questions/Statements | Cathy Broussard | Henry Ames<br>Donna Miller<br>Steven Allen<br>Eric Hanson | Attorney Client |

| DOC # | BATES NO. | DATE | TITLE/SUBJECT | FROM | TO | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|
| 8 | **CG-PH-2528 to CG-PH-2529** | 9-8-06 | Discovery Questions | Cathy Broussard | Henry Ames<br>Steven Allen<br>Eric Hanson<br>Donna Miller | Attorney Client |
| 9 | **CG-PH-2530** | 11-28-05 | Pt Huron Documents | Cathy Broussard | Eric Hanson | Attorney Client |
| 10 | **CG-PH-2531** | 12-21-05 | RE: For immed action: LD's # crunching | Eric Hanson | Audrey Roh<br>Donna Miller | Attorney Client |
| 11 | **CG-PH-2531 to CG-PH-2532** | 12-21-05 | For immed action: LD's # crunching | Audrey Roh | Eric Hanson<br>Donna Miller | Attorney Client |
| 12 | **CG-PH-2532 to CG-PH-2533** | 12-21-05 | For immed action: LD's # crunching | Audrey Roh | Eric Hanson<br>Donna Miller | Attorney Client |
| 13 | **CG-PH-2533 to CG-PH-2534** | 12-20-05 | K-Con Michigan | Audrey Roh | Cathy Broussard | Attorney Client |
| 14 | **CG-PH-2539** | 11-22-05 | RE: Emails for K-Con Projects | Eric Hanson | Cathy Broussard | Attorney Client |
| 15 | **CG-PH-2540 to CG-PH-2541** | 11-22-05 | Emails for K-Con Projects | Cathy Broussard | Eric Hanson<br>Steve Allen | Attorney Client |
| 16 | **CG-PH-2545 to CG-PH-2548** | 11-18-05 | K-Con (Docket 05-1054C) Port Huron, Michigan Litigation | Audrey Roh | Cathy Broussard | Attorney Client |

| DOC # | BATES NO. | DATE | TITLE/SUBJECT | FROM | TO | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|
| 17 | **CG-PH-2549 to CG-PH-2550** | 10-14-05 | Kcon | Audrey Roh | Donna Miller | Attorney Client |
| 18 | **CG-PH-2553** | 12-27-05 | K-Con Michigan (Draft Lit Report) | Audrey Roh | Cathy Broussard<br>Henry Ames<br>Steven Allen<br>Eric Hanson<br>Phillip Gillihan | Attorney Client |
| 19 | **CG-PH-2554** | 12-22-05 | FW: Pt Huron Documents | Eric Hanson | Donna Miller | Attorney Client |
| 20 | **CG-PH-2555 to CG-PH-2556** | 11-28-05 | Pt Huron Documents | Cathy Broussard | Eric Hanson | Attorney Client |
| 21 | **CG-PH-2557** | 9-9-06 | Discovery Questions/Statements | Cathy Broussard | Henry Ames<br>Donna Miller<br>Steven Allen<br>Eric Hanson | Attorney Client |
| 22 | **CG-PH-2559 to CG-PH-2560** | 8-13-06 | K-Con: Travel Cancelled — doing conf call instead | Audrey Roh | Cathy Broussard<br>Donna Miller<br>Steven Allen<br>Henry Ames<br>Phillip Gillihan | Attorney Client |
| 23 | **CG-PH-2562** | 1-12-07 | K-Con v. US - Port Huron and St. Petersburg | Robert Chandler | Talbot Nicholas<br>Cathy Broussard | Attorney Client |

| DOC # | BATES NO. | DATE | TITLE/SUBJECT | FROM | TO | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|
| 24 | **CG-PH-2565** | 1-16-07 | Pt Huron KO Final Decision | Cathy Broussard | Eric Hanson<br>Allen Lotz<br>Henry Ames<br>James Riggs | Attorney Client |
| 25 | **CG-PH-2568** | 1-8-07 | TechReview K-Con 15Dec06.doc | Eric Hanson | Cathy Broussard | Attorney Client |
| 26 | **CG-PH-2568** | 12-6-06 | FW: K-Con v. US - Port Huron | Talbot Nicholas | Cathy Broussard | Attorney Client |
| 27 | **CG-PH-2568 to CG-PH-2569** | 9-18-06 | FW: K-Con v. US - Port Huron | Talbot Nicholas | Cathy Broussard | Attorney Client |
| 28 | **Number Not Used** | | | | | |
| 29 | **CG-PH-2569 to CG-PH-2570** | 12-27-05 | K-Con Michigan (Draft Lit Report) | Audrey Roh | Cathy Broussard<br>Henry Ames<br>Steven Allen<br>Eric Hanson<br>Phillip Gillihan | Attorney Client |
| 30 | **CG-PH-2572 to CG-PH-2573** | 12-21-05 | RE: For immed Action: LD's # crunching | Eric Hanson | Audrey Roh<br>Donna Miller | Attorney Client |
| 31 | **CG-PH-2573** | 12-21-05 | For immed Action: LD's # crunching | Audrey Roh | Eric Hanson<br>Donna Miller | Attorney Client |

| DOC # | BATES NO. | DATE | TITLE/SUBJECT | FROM | TO | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|
| 32 | **CG-PH-2574 to CG-PH-2575** | 12-21-05 | RE: K-Con Michigan | Audrey Roh | Donna Miller<br>Audrey Roh | Attorney Client |
| 33 | **CG-PH-2575** | 12-21-05 | Re: K-Con Michigan | Audrey Roh | Donna Miller | Attorney Client |
| 34 | **CG-PH-2587 to CG-PH-2590** | 12-21-05 | Re: K-Con Michigan | Donna Miller | Audrey Roh | Attorney Client |
| 35 | **CG-PH-2592** | 12-20-05 | FW: K-Con Michigan | Audrey Roh | Carol Anton | Attorney Client |
| 36 | **CG-PH-2594 to CG-PH-2596** | 12-20-05 | K-Con Michigan | Audrey Roh | Cathy Broussard | Attorney Client |
| 37 | **CG-PH-2596 to CG-PH-2597** | 12-12-05 | Michigan Project | Cathy Broussard | Audrey Roh | Attorney Client |
| 38 | **CG-PH-2597 to CG-PH-2598** | 12-1-05 | K Con | Cathy Broussard | Audrey Roh | Attorney Client |
| 39 | **CG-PH-2599 to CG-PH-2600** | 11-30-05 | Pt Huron Documents | Cathy Broussard | Audrey Roh | Attorney Client |
| 40 | **CG-PH-2601 to CG-PH-2602** | 11-28-05 | Pt Huron Documents | Cathy Broussard | Eric Hanson | Attorney Client |

| DOC # | BATES NO. | DATE | TITLE/SUBJECT | FROM | TO | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|
| 41 | **CG-PH-2603 to CG-PH-2604** | 11-22-05 | Emails for K-Con Projects | Cathy Broussard | Eric Hanson<br>Steven Allen | Attorney Client |
| 42 | **CG-PH-2610 to CG-PH-2613** | 11-18-05 | K-Con (Docket 05-981C) St Petersburg Florida Litigation | Audrey Roh | Cathy Broussard | Attorney Client |
| 43 | **CG-PH-2613** | 11-18-05 | K-Con (Florida + Michigan) | Audrey Roh | David Stinson | Attorney Client |
| 44 | **CG-PH-2616 to CG-PH-2617** | 11-09-05 | K-Con Complaints | David Stinson | G. Thorton | Attorney Client |
| 45 | **CG-PH-2619 to CG-PH-2620** | 11-22-05 | Kcon (FL and also MI) | Audrey Roh | David Stinson | Attorney Client |
| 46 | **CG-PH-2620 to CG-PH-2621** | 8-29-04 | Liability versus Port Huron | Eric Tipping | Phillip Gillihan | Attorney Client |
| 47 | **CG-PH-2621** | 4-29-04 | RE: FW: Undergrounded Power Issue at Port Huron (Holleyhock) | Capt. Christopher Mills | Henry Ames<br>(cc: Phillip Gillihan) | Attorney Client |
| 48 | | 12-28-06 | Pt Huron, St Pete Discussion Files | John McGrath | Robert Chandler | Attorney Client<br>Work Product |
| 49 | | 1-2-07 | Revised K-Con Work Product | John McGrath | Robert Chandler | Attorney Client<br>Work Product |
| 50 | | 1-17-07 | Contract Solutions<br>K-Con Invoice #2 | John McGrath | Robert Chandler | Attorney Client<br>Work Product |

| DOC # | BATES NO. | DATE | TITLE/SUBJECT | FROM | TO | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|
| 51 | | 6-15-07 | RE: Contract Solutions K-Con Invoice #2 | Robert Chandler | John McGrath | Attorney Client Work Product |
| 52 | | 6-29-07 | Documents Received - K-Con | John McGrath | Robert Chandler | Attorney Client Work Product |