IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| K-CON BUILDING SYSTEMS, | ) | |
| Plaintiff, | ) | No. 05-1054 |
| v. | ) | (Judge Block) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant requests an enlargement of time of 6 days, to and including October 31, 2007, within which to respond to plaintiff's motion to compel. Our response is presently due on October 25, 2007. This is our first request for an enlargement of time for this purpose. Plaintiff has been contacted and does not oppose this request for an enlargement of time.

Defendant requests additional time within which to complete its response brief as the result of defendant's counsel's obligations in several other cases. In the two weeks surrounding the due date for defendant's response in this case, defendant's counsel is responsible for submitting briefs in Amerisource v. United States, Fed. Cir. No. 07-5121 (brief submitted October 17, 2007), Griffin v. United States, Fed. Cl. No. 07-318 (brief submitted October 18, 2007) and Webb v. United States, Fed. Cir. No. 07-3085 (brief due October 23, 2007), a motion in Gulf Group Enterprises v. United States, Fed. Cl. No. 06-858 (motion due

October 23, 2007) and will be participating in a settlement conference in Veridyne v. United States, Fed. Cl. No. 06-150 on October 24, 2007. Therefore, additional time is requested in this case in order for defendant's counsel to consult with the agency, prepare the Government's response brief and to obtain agency and internal review of the brief.

In addition, the parties would benefit from the enlargement of time requested by defendant because it would have the effect of synchronizing the briefing schedules in the three cases between plaintiff and the Government. Plaintiff has filed motions to compel in its two other lawsuits against the United States, Fed. Cl. Nos. 05-914 and 05-981, which raise issues similar to the issues raised in plaintiff's motion to compel in this case. The Court in No. 05-981 already has granted our motion for enlargement extending the due date for our response brief in that case to October 31, 2007. The due date in matter No. 05-914 (also pending before Judge Block) is October 25, 2007, but plaintiff has consented to an enlargement in that case to October 31, 2007, and we have submitted a motion for enlargement in that case concurrent with the filing of this motion. Thus, assuming that the Court grants defendant's motion in matter No. 05-914, the parties would benefit from a enlargement in this case because it would have the effect of creating parallel briefing schedules for the three cases.

For these reasons, defendant respectfully requests that the Court grant its unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/ Robert E. Chandler
ROBERT E. CHANDLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 514-4678

Attorneys for Defendant

October 19, 2007

CERTIFICATE OF FILING

I hereby certify that on this 19th day of October 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert E. Chandler