Subj: **K-Con v. US; Fed. Cl. 05-914**
Date: 10/2/2007 2:53:05 PM Eastern Daylight Time
From: Robert.Chandler@usdoj.gov
To: PS3LAW@aol.com
CC: ercombs@kconinc.com

Bill,

Please see attached.

Also, in our last status conference with Judge Sweeney you pointed out that a memo which addressed the calculation of liquidated damages was not produced, but did not appear on our privilege log. I note, however, that we asserted the privilege with respect to that document (in each of the three matters before the Court of Federal Claims) in our response to your interrogatories and document requests. You and I also discussed the status of this document at length in a telephone conference. These assertions of the privilege are sufficient to satisfy our requirements pursuant to the RCFC.

Regards,

Robert E. Chandler
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street NW
Washington D.C. 20530
(202)514-4678
robert.chandler@usdoj.gov

EXHIBIT
tabbies
1