# United States Court of Federal Claims

August 11, 2008

No. 05-1054 C

K-CON BUILDING SYSTEMS, INC.,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

**STATUS REPORT ORDER**

After consideration of the parties' joint status report filed on August 8, 2008, in which they request more time to confer regarding the issues raised in plaintiff's Second Motion to Compel, filed on October 8, 2007, it is ORDERED that the parties are to strive to resolve remaining discovery disputes, and file a Joint Status Report by Wednesday, October 8, 2008, regarding their progress.

s/Lawrence J. Block
Lawrence J. Block
Judge